```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,
10               Plaintiff,
11         v.                         CR. NO. S-13-257 LKK
12  TROY FOSTER MITCHELL,
13               Defendant.
                                    /
14
    UNITED STATES OF AMERICA,
15
                 Plaintiff,
16                                    CR. NO. S-01-028 JAM
           v.                         CR. NO. S-01-058 JAM
17
    TROY FOSTER MITCHELL,
18                                    RELATED CASE ORDER
                 Defendant.
19                                  /
```

Examination of the above-entitled actions reveals that the above actions are related within the meaning of Local Rule 123(a), E.D. Cal. (2013). For the reasons set forth in the government's Notice of Related Cases, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

////

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

     IT IS THEREFORE ORDERED that the actions denominated CR. NO. S-01-028 JAM and CR. NO. S-01-058 JAM be, and the same hereby are, reassigned to Judge Lawrence K. Karlton for all further proceedings. Henceforth the caption on all documents filed in the reassigned cases shall be shown as CR. NO. S-01-028 LKK and CR. NO. S-01-058 LKK.

     IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

     A status conference for all cases is set for October 22, 2013 at 9:15 a.m.

     IT IS SO ORDERED.

     DATED: October 21, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT